# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Read, Kevin Neu, Amit Jain, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a California corporation, and DOES 1 through 5, inclusive,<br><br>　　　　Defendants. | Case No. SA 8:24-cv-01123-PA-RAO<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Judge: Hon. Percy Anderson<br><br>Action Filed: May 27, 2024 |

The Court, having considered the parties' Joint Response to Order to Show Cause re: Dismissal for Lack of Prosecution (Dkt. 21), including their stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss this action without prejudice pending completion of individual arbitration proceedings (*id.*), and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety *without* prejudice.

**IT IS SO ORDERED.**

Dated:  July 21, 2025  _____
Percy Anderson
United States District Judge

2